UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    REBECCA L MILES<br>    JOSEPH A TRUNFIO<br><br>                    Debtors | Chapter 13<br><br>Bankruptcy No. 25-10702-DJB |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.	Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.	The within case was commenced by the filing of a Chapter 13 petition on 02/21/2025.

3.	This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1).

	WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 08/01/2025	                    Respectfully submitted,

	*/s/ Kenneth E. West, Esq.*
	Kenneth E. West, Esq.
	Standing Chapter 13 Trusteee
	190 N. Independence Mall West
	Suite 701
	Philadelphia, PA  19106
	Telephone: (215) 627-1377