UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>REBECCA L MILES<br>JOSEPH A TRUNFIO<br><br>Debtors | Chapter 13<br>Case No. 25-10702-DJB |
| ALLY BANK<br><br>Movant<br><br>v.<br><br>REBECCA L MILES<br>JOSEPH A TRUNFIO<br>(Debtors)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND FOR ENTRY OF ORDER WAIVING THE PROVISION OF FED. R. BANKR. P. 4001(a)(4)

NOW COMES Ally Bank, a secured creditor in the above-captioned bankruptcy case, by its counsel, Orlans Law Group PLLC, as and for a motion pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001(a)(4), seeking an Order granting relief from the Automatic Stay in order to obtain possession and dispose of its collateral, namely one 2016 RAM 1500 and states the following as grounds therefore:

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 1334(b) and § 157(a) and 11 U.S.C. § 362(d). Upon information and belief, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

2. On February 21, 2025, the Debtors, above-named, filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code.

3. Ally Bank (the "Creditor") is a secured creditor and the holder of a duly perfected security interest in one (1) 2016 RAM 1500 VIN No. 1C6RR7LG3GS391858 (the "Vehicle") pursuant to a Retail Installment Sale Contract (the "Contract"), a retail installment contract between Joseph Anthony Trunfio and Peruzzi Buick GMC Inc. (the "Seller"), entered into on August 23, 2021, whereby the Debtor agreed to pay a total of $43,482.75 in 75 monthly payments of $579.77 each in connection with the purchase of the Vehicle.  The Vehicle is owned by, and upon information and belief is in the possession and control of the Debtors. True and correct redacted versions of the Contract and Proof of Lien Perfection are attached as Exhibits "A" and "B", respectively.

4. Pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the Court shall grant relief from the automatic stay for cause, including lack of adequate protection of an interest in property of such party in interest.

5. As of December 18, 2025, the net total balance due on the obligation to Creditor was $16,212.13.

6. As of December 18, 2025, the Debtors are in default of the payment obligations to the Creditor pursuant to the terms and conditions of the Contract in the amount of $3,074.32; in which post-petition delinquency is $2.317.70 and pre-petition delinquency is $756.32.

7. That Creditor has ascertained that the clean retail value of the Vehicle is $18,425.00 based on JD Power Used Car Guide's estimated value of the Vehicle.  A copy of the JD Power Guide for valuation of the Vehicle is attached hereto as Exhibit "C".

8. Upon information and belief, there is no other encumbrance affecting the Vehicle, and there is no other collateral securing the indebtedness.

9. Upon information and belief, the Debtors continue to enjoy the use and possession of the Vehicle subjecting same to normal occupational wear and tear thereby causing of the Vehicle to depreciate in value. It is respectfully submitted that the continued use of the Vehicle shall eventually render it useless thereby causing Ally Bank irreparable damage to its interests in same.

10. It is respectfully asserted that the Creditor's interest in the Vehicle will not be adequately protected if the automatic stay is allowed to remain in effect.

11. Accordingly, sufficient cause exists to grant the Creditor relief from the automatic stay.

WHEREFORE, the Creditor, Ally Bank, respectfully requests that the Court issue an Order, pursuant to 11 U.S.C. §362(d), either:

a. Granting the Creditor relief from the automatic stay in order to obtain possession and dispose of the Vehicle, the entry of which order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(4); and

b. For such other and further relief as the Court may deem just and proper.

Date: December 23, 2025

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Elizabeth A. Trachtman, Esq. PA 333427
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
etrachtman@orlans.com
File Number: 25-016289