UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE: | |
| REBECCA L. MILES<br>JOSEPH A. TRUNFIO | Chapter 13<br>Case No. 25-10702-DJB |
| Debtors | |
| ALLY BANK | |
| Movant | Ref. Dkt. Nos 49 and 51 |
| v. | |
| REBECCA L. MILES<br>JOSEPH A. TRUNFIO<br>(Debtors) | |
| KENNETH E. WEST<br>(Trustee) | |
| Respondents | |

**STIPULATION AGREEMENT SETTLING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, upon the Motion of Ally Bank ("Movant"), through its counsel, Orlans Law Group PLLC, for Relief from the Automatic Stay pursuant to Bankruptcy Code § 362 as to certain property, **2016 RAM 1500** (the "Property"), it is hereby agreed as follows:

Rebecca L. Miles and Joseph A. Trunfio ("Debtors") acknowledges that the post-petition arrearage is as follows:

| | |
|---|---|
| Payments (10/22/2025 – 1/22/2026 @ $579.77 each) | $2,319.08 |
| Attorney's fees/costs | $474.00 |
| Less Suspense | $1.84 |
| Total Post-Petition Arrears ("Arrears") | $2,791.24 |

1.      Debtors shall cure the Arrears by placing the **$2,791.24** into an Amended Chapter 13 Plan.  Debtors shall file an Amended Plan, and Motion to Modify Chapter 13 Plan within 45 days of the entry of this Stipulation.  Thereafter, Debtors agrees to resume making the regular monthly car loan payments beginning on February 22, 2026.

2.      Debtors shall make the regular monthly payments required to the Trustee.

3.      Debtors shall send all payments due directly to Creditor at the address below:

**Ally Bank c/o AIS Portfolio Services, LP**
**Payment Processing Center**
**PO Box 660618**
**Dallas, TX 75266-0618**

4.      In the event Debtors fail to file an Amended Plan on or before their due dates, Movant may give Debtors and Debtors' counsel notice of the default.  If Debtors do not cure the default within 10 days of the notice, upon Certification of Default to the Court, and request for Order, with a copy to Debtors and Debtors' counsel, Movant shall be entitled to the entry of an Order granting it relief from the automatic stay.

5.      The failure by the Movant, at any time, to file a Certification of Default upon default by the Debtors, shall not act as a waiver of any of Movant's rights hereunder.

6.      Upon issuance of the aforesaid Order, the parties hereto further agree that Movant may proceed in state court to exercise all rights and remedies available to it as a creditor under state and federal law including, but not limited to, the initiation of and continuation of repossession/replevin and/or collections.

7.      In the event Debtors convert this case to any other chapter of Title 11 of the U.S. Bankruptcy Code then Debtors shall pay all pre-petition arrears and post-petition arrears within 10 days from the date of conversion.  If Debtors fail to make payments in accordance with this paragraph then the Movant, through Counsel, may file a Certification of Default to the Court, setting forth said failure and Movant shall be granted relief from the automatic stay.

8.      It is further agreed that, in the event the stay is lifted, the 14-day stay provided by Rule 4001(a)(4) is hereby waived.

9. The undersigned parties request that the Court enter an Order approving this Stipulation and the terms therein.

Seen and agreed by the parties on the date set forth below:

Date: _February 23 , 2026_____

Approved as to form and content:

No Objection - Without Prejudice to Any Trustee Rights or Remedies

/s/ LeeAne O. Huggins February 23, 2026
_____
Kenneth E. West
Chapter 13 Trustee
P.O. Box 40837
Philadelphia, PA 19107

/s/ Brad J. Sadek
_____
Brad J. Sadek
Attorney for Debtors
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102
Email: brad@sadeklaw.com

Date:  February  23  , 2026

Respectfully Submitted,

/s/  Elizabeth A. Trachtman
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Elizabeth A. Trachtman, Esq. PA 333427
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
etrachtman@orlans.com
File Number: 25-016289